United States District Court
Southern District of Texas
FILED

AUG 1 6 2002

Michael N. Milby
Clerk of Court

AO 243   (Rev. 2/95)

**MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| United States District Court | District Southern District of Texas Brownsville Division | |
|---|---|---|
| Name of Movant Ernesto Uribe De Leon | Prisoner No. 82476-079 | Case No B-96-251 |
| Place of Confinement | | B-02-159 |

Giles Dalby Correctional Facility, 805 N. Avenue F, Post, Texas 79356

| UNITED STATES OF AMERICA | V. Ernesto Uribe De Leon |
|---|---|
| | (name under which convicted) |

**MOTION**

1.  Name and location of court which entered the judgment of conviction under attack   U.S. District Court For

    THE SOUTHERN DISTRICT OF TEXAS 600 E HARRISON #203 BROWNSVILLE, TEXAS 78520-7152

2.  Date of judgment of conviction  January 13, 1999

3.  Length of sentence  Seventy-Seven (77) months

4.  Nature of offense involved (all counts)  18 U.S.C. § 2 and 21 USC §§ 841 (a)(1) and

    841 (b)(1)(B) Possession with intent to distribute a quantity exceeding 100

    kilograms of marijuana.

5.  What was your plea?  (Check one)
    (a) Not guilty ☐
    (b) Guilty ☒
    (c) Nolo contendere ☐

    If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

    Other counts were dismissed pursuant to a plea bargain.

6.  If you pleaded not guilty, what kind of trial did you have?  (Check one)
    (a) Jury ☐
    (b) Judge only ☐

7.  Did you testify at the trial?
    Yes ☐     No ☒

8.  Did you appeal from the judgment of conviction?
    Yes ☒     No ☐

AO 243    (Rev. 2/95)

9.   If you did appeal, answer the following:

   (a) Name of court  Fifth Circuit Court of Appeals

   (b) Result  Judgement affirmed

   (c) Date of result  March 23, 2000

10.   Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?
   Yes  ☒    No  ☐

11.   If your answer to 10 was "yes," give the following information:

   (a)  (1) Name of court  United States District Court- Southern District of Texas Brownsville Division

      (2) Nature of proceeding  Petitioners  § 2255 Motion

      (3) Grounds raised  Violation of Due Process Rights- Ineffective assistance of counsel at sentencing and on appeal.

      (4) Did you receive an evidentiary hearing on your petition, application or motion?
         Yes  ☐    No  ☒

      (5) Result  Denied

      (6) Date of result  April 24, 2001 in Civil Action No. B-01-027 Criminal No. B-96-251

   (b)  As to any second petition, application or motion give the same information:

      (1) Name of court  Not Applicable

      (2) Name of proceeding

      (3) Grounds raised

(3)

AO 243    (Rev. 2/95)

(4)  Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐    No ☐

(5)  Result _____

(6)  Date of result _____

(c)  Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1)  First petition, etc.            Yes ☐    No ☒
(2)  Second petition, etc.         Yes ☐    No ☐

(d)  If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:
I did not have an attorney.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

12.    State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.
Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of these grounds.
(a)  Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
(b)  Conviction obtained by use of coerced confession.

AO 243    (Rev. 2/95)

    (c)  Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
    (d)  Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
    (e)  Conviction obtained by a violation of the privilege against self-incrimination.
    (f)  Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence
        favorable to the defendant.
    (g)  Conviction obtained by a violation of the protection against double jeopardy.
    (h)  Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
    (i)  Denial of effective assistance of counsel.
    (j)  Denial of right of appeal.

A.  **Ground one:**  Ineffective assistance of counsel based on counsel's failure to object at sentencing to petitioner's aggravating role in offense.

  Supporting FACTS (state *briefly* without citing cases or law):  Prior to his sentencing, Petitioner reviewed the Pre-Sentence Report with his attorney and told his attorney that points given to him for an aggravated role in the offense were excessive.  He requested that his attorney file an objection to the Pre-Sentence Report based on factual allegations contained in the report that gave him an aggravating role.  His attorney failed to do so.

B.  Ground two:  Not Applicable

  Supporting FACTS (state *briefly* without citing cases or law):

C.  Ground three:  Not Applicable

  Supporting FACTS (state *briefly* without citing cases or law):

(Rev. 2/95)

AO 243

D. Ground four: Not applicable

Supporting FACTS (state *briefly* without citing cases or law):

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them:

This matter was no previously raised as Petitioner did not have an attorney.

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐    No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing  Joe Valle

1120 East 10th Street, Brownsville, Texas 78520

(b) At arraignment and plea  same

(c) At trial  same

(d) At sentencing  same

AO 243    (Rev. 2/95)

    (e)  On appeal    **Joseph A. Connors**

                     **605 E. Violet Avenue, McAllen, Texas 78504**

    (f)  In any post-conviction proceeding    none

    (g)  On appeal from any adverse ruling in a post-conviction proceeding    none

16.    Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes  ☐    No  ☒

17.    Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes  ☐    No  ☒

    (a)  If so, give name and location of court which imposed sentence to be served in the future: _____

    (b)  Give date and length of the above sentence: _____

    (c)  Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐    No ☐

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct.  Executed on

_7/16/02_____
Date

_____
Signature of Movant

ERNESTO URIBE DE LEON, NO. 82476-079
GILES DALBY CORRECTIONAL FACILITY
805 N. AVENUE F
POST, TEXAS 79356

(7)