IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 2 7 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ERNESTO URIBE-DELEON, | § | |
| Plaintiff-Petitioner | § | |
| | § | |
| VS | § | CIVIL ACTION NO. B-02-159 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| Defendant, Respondent. | § | |

## ORDER DENYING PETITIONER'S MOTION

Petitioner's Motion filed in Cause Number B-02-159 on August 16, 2002, having been addressed by this court's Order adopting Magistrate Judge's Report and Recommendation entered May 18, 2001 and the Order entered July 17, 2001 denying an Application to Reconsider, is hereby DENIED.

Signed this the 27th day of August, 2002 in Brownsville, Texas.

Honorable Filemon B. Vela
United States District Judge